SCHENKIER, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:04-cv-07031

05cv 10248 PBS

Olsen v. Pfizer Inc, et al
Assigned to: Hon. Ruben Castillo
Demand: $75000
Cause: 28:1332 Diversity-Other Contract

Date Filed: 11/01/2004
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

### Plaintiff

**Leonard Olsen**
*Individually and on behalf of others similarly situated*

represented by **Robert M. Foote**
Foote, Meyers, Mielke, Flowers & Solano
416 South Second Street
Geneva, IL 60134
(630) 232-6333
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Currie Chavez**
Chavez Law Firm
1245 Executive Place
Suite F-100
Geneva, IL 60134
(630)232-4480
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Pfizer, Inc.**

represented by **Robert Burkart Ellis**
Kirkland & Ellis LLP
200 East Randolph Drive
Suite 5800
Chicago, IL 60601
(312) 861-2000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George D Sax**
Kirkland & Ellis LLP
200 East Randolph Drive
Suite 5800

Chicago, IL 60601
(312) 861-2000

**Defendant**

**Parke-Davis**
*a division of Warner-Lambert Company*

represented by **Robert Burkart Ellis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George D Sax**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2004 | 1 | COMPLAINT; jury demand - Civil cover sheet - Appearance(s) of Kathleen Currie Chavez, Robert M. Foote as attorney(s) for plaintiff (two originals and two copies summons(es) issued.) (Documents: (1-1 through 1-3)). (jmm) (Entered: 11/02/2004) |
| 11/01/2004 | | RECEIPT regarding payment of filing fee paid; on 11/1/04 in the amount of $ 150.00, receipt # 10325002. (jmm) (Entered: 11/02/2004) |
| 11/29/2004 | 2 | ATTORNEY APPEARANCE for defendants Pfizer Inc and Parke-Davis by Robert Burkart Ellis, George D Sax (eav) (Entered: 11/30/2004) |
| 11/29/2004 | 3 | UNOPPOSED MOTION by defendant for extension of time to respond to plaintiff's complaint until 30 days after action by the judicial panel on mutidistrict litigation ; Notice. (jmm) (Entered: 12/06/2004) |
| 12/03/2004 | 4 | MINUTE ORDER of 12/3/04 by Hon. Ruben Castillo: Defendant's unopposed motion for extension of time to respond to plaintiff's complaint until 30 days after a transfer determination by the judicial panel on MDL is granted [3-1]. Mailed notice (jmm) (Entered: 12/06/2004) |
| 12/09/2004 | 5 | MINUTE ORDER of 12/9/04 by Hon. Ruben Castillo: After careful review of all the initial pleadings in this matter, this lawsuit is administratively dismissed without prejudice with full leave to reinstate upon the completion of consolidated MDL proceedings. Terminating case. Mailed notice (jmm) (Entered: 12/16/2004) |

**PACER Service Center**

**Transaction Receipt**

02/08/2005 11:13:17

| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-07031 |

| Billable Pages: | 1 | Cost: | 0.08 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 8 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-2)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 12 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-2 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT  DIV. C.A.#**

ILLINOIS CENTRAL
   ILC   4  04-4087      Randall J. Veys v. Pfizer, Inc., et al. ✓

ILLINOIS NORTHERN
   ILN   1  04-7031      Leonard Olsen v. Pfizer, Inc., et al. ✓

INDIANA SOUTHERN
   ~~INS   1  04-1956~~      ~~Susan Hotseller v. Pfizer, Inc., et al.~~    Opposed 2/2/05

KENTUCKY WESTERN
   KYW   5  04-213      Betty Carter, et al. v. Pfizer, Inc., et al. ✓

MICHIGAN EASTERN
   MIE   2  04-74258      Midwest Health Plan, Inc. v. Pfizer, Inc., et al. ✓

MISSOURI WESTERN
   MOW   6  04-3539      Fred Reiss v. Pfizer, Inc., et al. ✓

NEW YORK NORTHERN
   NYN   1  04-1301      Stephanie Baron v. Pfizer, Inc. ✓

OHIO SOUTHERN
   OHS   2  04-1058      Rebecca Groves v. Pfizer, Inc., et al. ✓